*Exhibit "A"*

**FINANCIAL DISCLOSURE REPORT**

AO-10
Rev. 1/89

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Vollmer, Richard W. Jr. | U.S. District Court for the Southern District of Alabama | 3/29/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| United States District Judge | 3-30-90 | 1/1/89 |

| Home or office address | | |
|---|---|---|
| 351 West Byron Avenue Mobile, Alabama 36609 | | 3/31/90 |

**IMPORTANT NOTES:** Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

☐ NONE (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| (1) President | Mobile, Alabama Bar Association |
| (2) President | Reams,Vollmer,Philips,Killion,Brooks&Schell,P.C. |
| (3) President | Pillans Corporation |
| (4) One of managing partners | Reams Annex Venture, a partnership |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE (** See Exhibits 1,2,3,4,5&6
For terms of all referenced agreements.)

☐ NONE (No reportable agreements)

| DATE | PARTIES AND TERMS |
|---|---|
| 1981 (continuing agreement) | Reams Annex Venture Partnership Agreement with RWV as (partner) (one managing |
| 1977 (continuing agreement) | Articles of Inc.,et al P.C. with RWVjr as corporate officer; |
| 1977 (continuing agreement) | Reams,Vollmer,et al P.C. Employment Agreement with RWVjr; |
| 1977 (continuing agreement) | Reams,Vollmer,et al P.C. Profit Sharing Plan with RWVjr as corporate officer |
| (continuing agreement) | PI-RO,Inc. John A.& David D.Roberts & Pillans Corp. with RWVjr as Pillans Corp. corporate officer; |
| 1974 (continuing agreement) | Pillans Corp.Articles of Inc. with RWVjr as corporate officer. |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

DATE (Honoraria only)

☐ NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1989 | RWVjr - Reams,Vollmer, et al.,P.C. | $ 81,027.51 |
| Thru 3/31/90 | RWVjr - Reams,Vollmer, et al.,P.C. | $ 16,837.86 |
| 1989 | Marilyn S. Vollmer (No non-investable income) | $ -0- |
| Thru 3/31/90 | Marilyn S. Vollmer (No non-investable income) | $ -0- |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vollmer, Richard W. Jr. | 3/29/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainmen:
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [x] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [x] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [x] NONE (No reportable liabilities) | | |
| RWVjr has no reportable liabilities under the provisions of the instructions for completing this form but is subject to the following contingent liabilities as a guarantor (for a prora amount) for debts of the following entities: | | |
| PI-RO, Inc. | Mortgage Loan | M |
| Reams Annex Venture | Mortgage Loan | M |
| Reams, Vollmer, et al, P.C. | Unsecured operational line of credit | L |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vollmer, Richard W. Jr. | 3/29/90 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spou partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| | ON RWVjr | | | | | | | | | | |
| (x) | 1 IRA 1st Ala.Bank, Mobile, AL | For detailed description of investments see Exhibit A. | | | | | | | | | |
| (x) | 2 IRA Merrill Lynch, Mobile, AL | For detailed description of investments see Exhibit B. | | | | | | | | | |
| (x) | 3 CMA Merrill Lynch, Mobile, AL | For detailed description of investments see Exhibit C. | | | | | | | | | |
| (x) | 4 Reams,Vollmer,et al.,P.C. Profit Sharing Plan | For detailed description of investments see Exhibit D. | | | | | | | | | |
| (x) | 5 Life Policy - State Farm Ins. Birmingham, AL. | C | CSV | L | U | | | | | | |
| (x) | 6 Drummond Coal, Jasper, AL | A | Undiv. Int. K | Coal Lease W | | | | | | |
| (x) | 7 Douglas Oil, Mobile, AL | A | Oil Royalty | J | W | | | | | | |
| (x) | 8 Mobile Superior-Murphy Oil Eldorado, Ark. | B | Oil Royalty | J | W | | | | | | |
| (x) | 9 Grace Petroleum/Moon-Hines- Tigrett Oil, Jackson, MS. | A | Oil Royalty | J | W | | | | | | |
| (x) | 10 PI-RO, Inc. | A | Real Estate | N | Q | | | | | | |
| (x) | 11 Reams Annex Venture | A | Real Estate | N | R | | | | | | |
| (x) | 12 Reams, Vollmer, et al, P.C. | G | Employment Income M | U | | | | | | | |
| | 13 FOR MARILYN VOLLMER | | | | | | | | | | |
| (x) | 14 IRA Merrill Lynch, Mobile, AL | For detailed description of investment see Exhibit E. | | | | | | | | | |
| | 15 | | | | | | | | | | |
| | 16 | | | | | | | | | | |
| | 17 | | | | | | | | | | |
| | 18 | | | | | | | | | | |
| | 19 | | | | | | | | | | |
| | 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A=exempt ($0 to $100) | B=$101 to $1,000 | C=$1,001 to $2,500 | D=$2,501 to $5,000 |
|---|---|---|---|---|
| | E=$5,001 to $15,000 | F=$15,001 to $50,000 | G=$50,001 to $100,000 | H=over $100,000 |
| 2 Value Codes: | J=exempt ($0 to $1,000) | K=$1,001 to $5,000 | L=$5,001 to $15,000 | M=$15,001 to $50,0 |
| | N=$50,001 to $100,000 | O=$100,001 to $250,000 | P=over $250,000 | |
| 3 Value Method Codes: | Q=Appraisal | S=Assessed value | | |
| | U=Book value | V=Other | W=Estimated | T=Cost (real estate only) |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Vollmer, Richard W. Jr. | Date of Report<br>3/29/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

[x] Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date 4-2-90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:
   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting
Vollmer, Richard W. Jr.

Date of Report
3/29/90

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spou

partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Amount Income during period | | C Gross value end of period | | | D Transactions during period (Reporting individual and spouse) if not exempt from disclosure | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-T) | Method Code (Q-W) | Value | Type (e.g. sold) | Date Month Day | Value Code (J-T) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |

IRA FIRST ALABAMA BANK
MOBILE, ALABAMA
TIME DEPOSIT          B    INT.  L   T

EXHIBIT "A"

Digitized by Google

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spo
partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) | | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date: Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |

IRA MERRILL LYNCH
MOBILE, ALABAMA

MERRILL LYNCH RETIREMENT BENEFIT MUTUAL FUND

    A   DIV     K   T

PHOENIX FUND - MUTUAL FUND

    B   DIV     K   T

MERRILL LYNCH PACIFIC FUND- MUTUAL FUND

    A   DIV     K   T

AMERICAN CAPITAL MUTUAL FUND

    A   DIV     K   T

MERRILL LYNCH RETIREMENT INCOME MUTUAL FUND

    B   DIV     K   T

TIAWAN FUND MUTUAL FUND

    A   NONE   K   T

MONEY MARKET ACCOUNT

    A   INT.    K   T

TOTAL OF IRA

    C   DIV/INT  L   T

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting: Vollmer, Richard W. Jr. | Date of Report: 3/29/90

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spou

partial disclosure for dependent children; see pp. 24-35 of Instructions.)

CMA MERRILL LYNCH
MOBILE, ALABAMA

DUFF AND PHELPS COMMON STOCK

        C    DIV      L    T

MONEY MARKET

        B    INT      K    T

TOTAL OF CMA

        C    DIV/INT  M    T

EXHIBIT "C"

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Vollmer, Richard W. Jr. | Date of Report<br>3/29/90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spc
partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B.<br>Income<br>during period<br><br>Amt.<br>Code<br>(A-H) | <br><br><br><br>Type<br>(e.g. div.) | C.<br>Gross value at<br>end of period<br><br>Value<br>Code<br>(J-P) | <br><br><br>Value<br>Method<br>Code<br>(Q-W) | D.<br>Transactions during period<br>(Reporting individual and spouse)<br><br>Type<br>(e.g. sold) | If not exempt from disclosure<br>Date<br>Month-<br>Day | <br>Value<br>Code<br>(J-P) | <br>Gain<br>Code<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| REAMS, VOLLMER, ET AL., P.C.<br>PROFIT SHARING PLAN<br>AMSOUTH BANK N.A., AS TRUSTEE<br>MOBILE, ALABAMA | | | | | | | | | | |
| IBM COMMON STOCK | | B | DIV | L | | T | | | | |
| R/E NOTE | | C | INT | NONE | N/A | | | | | |
| C.D. | | D | INT | N | | T | | | | |
| C.D. | | B | INT | NONE | N/A | | | | | |
| MONEY MARKET FUND | | D | INT | N | | T | | | | |
| CERTIFICATE ACCRURAL TREASURY SECURITY BOND (CAT) | | A | INT | O | | T | | | | |
| PERSONAL NOTE | | B | INT | K | | T | | | | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Vollmer, Richard W. Jr. | 3/29/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spou

partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | If not exempt from disclosure | | | | |
| | | | | | | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |

ON MARILYN VOLLMER

IRA MERRILL LYNCH
MOBILE, ALABAMA

TIWAN FUND MUTUAL FUND

      A    NONE     K    T

MERRILL LYNCH RETIREMENT INCOME MUTUAL FUND

      B    DIV     K    T

AMERICAN CAPITAL MUTUAL FUND

      A    DIV     K    T

MERRILL LYNCH RETIREMENT BENEFIT MUTUAL FUND

      A    DIV     K    T

PHOENIX FUND MUTUAL FUND

      B    DIV     K    T

MERRILL LYNCH PACIFIC FUND MUTUAL FUND

      A    DIV     K    T

MONEY MARKET FUND

      A    INT     K    T

TOTAL IRA

      C    DIV/INT    L    T

EXHIBIT "E"

Digitized by Google